

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00514-CR

**IN RE** Andre Lamon **LUARKS**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Relator filed a petition for writ of mandamus on July 20, 2025. We denied the petition on September 3, 2025. On October 20, 2025, relator filed a motion for rehearing. Rule 52.9 of the Texas Rules of Appellate Procedure required relator to file his motion for rehearing within fifteen (15) days of our September 3, 2025 order. TEX. R. APP. P. 52.9; *see also In re Bogus*, No. 14-16-00329-CR, 2016 WL 2974371, at *1 (Tex. App.—Houston [14th Dist.] May 19, 2016, orig. proceeding) (refusing to "re-open" cases after the deadline to file a motion for rehearing had expired). Relator failed to do so. The motion for rehearing is **DENIED**.

It is so **ORDERED** on November 12, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023CR3349, styled *State of Texas v. Andre Lamon Luark*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Miguel Najera presiding.